UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALENTIN ZUNIGA-DURAN, | CASE NO. C26-1417-KKE |
| Petitioner(s), | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| STATE OF OREGON, et al., | |
| Respondent(s). | |

Currently before the Court is Petitioner's application to proceed *in forma pauperis* in this 28 U.S.C. § 2241 habeas action. Dkt. No. 1. Petitioner demonstrates that he is unable to afford the $5.00 filing fee. Accordingly, the Court GRANTS Petitioner's application to proceed *in forma pauperis*. *Id*.

Dated this 27th day of April, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS - 1