UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALENTIN ZUNIGA-DURAN,<br><br>               Petitioner(s),<br><br>    v.<br><br>STATE OF OREGON, et al.,<br><br>               Respondent(s). | CASE NO. C26-1417-KKE<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |

Petitioner, representing himself, filed a petition for writ of habeas corpus challenging his immigration detention. Dkt. No. 1. Petitioner also filed a motion for a temporary restraining order ("TRO") requesting immediate release. Dkt. No. 2.

Parties seeking a TRO must show: (1) that they are likely to succeed on the merits, (2) that they are likely to suffer irreparable harm absent preliminary relief, (3) that the balance of equities tips in their favor, and (4) that an injunction serves the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Like a preliminary injunction, a TRO is "an extraordinary remedy never awarded as of right." *Id*. at 24.

Petitioner's TRO motion does not address the *Winter* factors, nor does it reference any imminent harm. Dkt. No. 2. Further, the legal basis for the relief requested in the petition is not clear from the face of the petition. Dkt. No. 1. Because Petitioner's motion does not satisfy his

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 1

burden to justify the extraordinary relief requested, the Court DENIES the motion (Dkt. No. 2) without prejudice to refiling a motion addressing the applicable legal standards.

Dated this 27th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 2