UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALENTIN ZUNIGA-DURAN, | CASE NO. C26-1417-KKE |
| Petitioner(s), | ORDER GRANTING MOTION FOR EXTENSION |
| v. | |
| STATE OF OREGON, et al., | |
| Respondent(s). | |

Petitioner filed a petition for a writ of habeas corpus and the Court issued a scheduling order.  Dkt. Nos. 5, 6.  Petitioner then requested an extension of time to file his reply to July 8, 2026, to account for his *pro se* status and delays caused by his restricted access to mail while detained.  Dkt. No. 9.  The Court finds good cause to GRANT his motion (Dkt. No. 9) and will AMEND the scheduling order (Dkt. No. 6) in the following respects:

1. Petitioner's reply deadline is EXTENDED to July 8, 2026.  The clerk shall RE-NOTE the Government's response (Dkt. No. 12) for July 8, 2026.

ORDER GRANTING MOTION FOR EXTENSION - 1

2. The Government shall provide Petitioner notice one week (168 hours) before any action to move or transfer him from the Western District of Washington or to remove him from the United States.  Any such notice shall be filed on the docket.

Dated this 12th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION - 2