UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALENTIN ZUNIGA-DURAN,

                     Petitioner(s),

     v.

STATE OF OREGON, et al.,

                    Respondent(s).

CASE NO. C26-1417-KKE

ORDER TERMINATING MOTION

On June 12, 2026, the Court dismissed Petitioner's habeas petition without prejudice and instructed Petitioner that if he wished to pursue his claims under 28 U.S.C. § 2254, as he had previously stated, then he may file a Section 2254 petition in the United States District Court for the District of Oregon. Dkt. No. 21. That same day, Petitioner mailed a supplemental motion to add exhibits for the Court's consideration along with the petition, and that motion was not posted on the docket until June 23, 2026. Dkt. No. 23.

Because the petition has been dismissed and this case has been closed, the Court TERMINATES the pending motion as moot (Dkt. No. 23) and will not entertain future motions in this closed case.

Dated this 30th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TERMINATING MOTION - 1